## ON MOTION

### ORDER

TDM America, LLC (TDM) moves without opposition to stay the briefing schedule in this appeal pending reexamination of U.S. Patent Nos. 5,542,614 and 5,794,862 by the United States Patent and Trademark Office.

Upon consideration thereof,

It Is Ordered That:

(1) The motion to stay the briefing schedule is granted. TDM is directed to inform the court within 21 days of a final decision concerning reexamination how it believes this appeal should proceed. The United States may also respond within that time.

(2) The motion for an extension of time is moot.

(3) The revised official caption is reflected above.

Thomas N. Parsekian, Parsekian Law Corporation, of Laguna Niguel, CA, argued for plaintiff-appellant. Of counsel was Sanford Astor, Lewis Brisbois Bisgaard & Smith LLP, of Los Angeles, CA.

Paul D. Clement, King & Spalding LLP, of Atlanta, GA, argued for defendant-appellee. With him on the brief were Letitia A. McDonald, Thomas C. Lundin Jr. and Daryl L. Joseffer, of Washington, DC.

Before RADER, Chief Judge, FRIEDMAN, and LINN, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

---

**ROMALA STONE, INC.,**
**Plaintiff–Appellant,**

v.

**The HOME DEPOT U.S.A., INC.,**
**Defendant–Appellee.**

No. 2010–1044.

United States Court of Appeals,
Federal Circuit.

Sept. 9, 2010.

---

**Orville W.J. LAYTON, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION**
**BOARD, Respondent,**

**and**

**Department of the Army, Intervenor.**

No. 2010–3063.

United States Court of Appeals,
Federal Circuit.

Sept. 9, 2010.

Rehearing and Rehearing En Banc
Denied Nov. 29, 2010.